**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHNNY HALL,

                Petitioner(s),         CASE NUMBER: 07-12480
                                            HONORABLE VICTORIA A. ROBERTS

v.

**CAROL R. HOWES,**

                Respondent(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 7, 2008, Magistrate Judge Paul J. Komives submitted a Report and Recommendation (Doc. #11) recommending that the Court DENY Petitioner's Writ of Habeas Corpus. (Doc. #1). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.

Petitioner's writ of habeas corpus is **DENIED**.

**IT IS ORDERED**.

                                                        S/Victoria A. Roberts
                                                        Victoria A. Roberts
                                                        United States District Judge

Dated: December 1, 2008

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Johnny Hall by electronic means or U.S. Mail on December 1, 2008.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |

1